IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW 3:02CR21 |
| | ) | (Financial Litigation Unit) |
| JAMES R. BURTON, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| US ENERGY LLC , | ) | |
| | ) | |
| Garnishee. | ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment as to US Energy, LLC , filed in this case on December 9, 2009, against the defendant James R. Burton is DISMISSED.

Signed: January 4, 2011

Graham C. Mullen
United States District Judge