IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:02CR21-MU |
| | ) | (Financial Litigation Unit) |
| JAMES REUBEN BURTON, JR., | ) | |
| d/b/a The Linville Group. | | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and Susan Hunt Burton

A judgment was entered on July 1, 2003, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, James Reuben Burton, Jr., whose last known address is XXXXXXXXXXXX, Charlotte, North Carolina 28270, in the sum of $3,204,578.98. The balance on the account as of November 8, 2011, is $2,728,112.89.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and Susan Hunt Burton is commanded to **turn over property,** in which the defendant, James Reuben Burton, Jr., has a substantial nonexempt interest, said property being any and all items of artwork with a value over $50 located at the defendant's residence. The items of artwork include, but are not limited to, items by the following artists: Bustamante; Hazen; Dyer; Desio; Warner Brothers; Misha; Soan; D'Amore; Trillo; Hallam; Cught; Amateo; Charlesworth; Erte; Benfield; and Kondakova, all located at the address of XXXXXXXXXXXX, Charlotte, North Carolina 28277.

YOU ARE FURTHER COMMANDED to enter onto the premises of the residence of the defendant, James Reuben Burton, Jr., and his wife, Susan Hunt Burton, located at XXXXXXXXXXXXXX, Charlotte, North Carolina 28277, or any other premises where the above-

described property is located, and into any building on such property for the purpose of securing said described property, conducting an inventory, and for any other purpose necessary to conduct the Court ordered levy in this action.

                                          Signed: November 8, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court