UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:02cr21

UNITED STATES OF AMERICA

VS.                                                ORDER OF DISBUREMENT

JAMES REUBEN BURTON, JR.

This matter is before the Court for purposes of disbursing the funds on deposit with the Clerk of Court which were not disbursed as part of Special Master Charles E. Lyons' "Final Report of Special Master" filed November 26, 2003, (doc#30).

Attorney Lyons was appointed Special Master in this matter by Honorable Graham C. Mullen, U.S. District Judge on July 9, 2002, and (doc. # 11).

In his "Final Report of Special Master" filed November 26, 2003, (doc#30), Master Lyons reported that he had approximately $463,711.77 in assets for disbursement to the victims. He also reported to the court that each victim was to receive a pro rata share of 14.4725488% of these funds. This list of victims who are to receive funds are found in the ""Status Report of Special Master" filed February 21 2003, (doc#15-1 Exhibit 2).

In addition to the funds given to the Special Master the defendants have also made payments to the Clerk of Court over the years. To date, these funds total $17,117.62. Due to the death of Special Master Lyons, the Clerk hereby requests that the Financial Section of this court disburse these funds to the victims using the same list of names and formula used by Special Master Lyons and approved by the court in the April 4, 2003, "Order" (doc# 17) giving each identified victim 14.4725488% of the funds with the court and all future funds which may come in on this case.

IT IS SO ORDERED, that the Clerk shall proceed to disburse these and any further monies received in this matter as outlined above.

Copies of this Order are to be served on all parties, the Financial Section of this court and the Clerk of Court.

SO ORDERED, this 24th day of March, 2016.

*Graham C. Mullen*
Graham C. Mullen
U.S. District Judge